1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 CAPITOL MALL, 6TH FLOOR, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  SHATOYA AUSTIN

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 )  Case No. 2:08-cr-00235-MCE
12            Plaintiff,         )
                                 )  **STIPULATION OF THE PARTIES**
13      v.                       )  **TO CONTINUE STATUS**
                                 )  **CONFERENCE; Order thereon**
14                               )
                                 )  Date: July 24, 2008
15 SHATOYA AUSTIN, et al.        )  Time: 8:30 a.m.
                                 )  Judge: Hon. Morrison C.
16            Defendant.         )         England
   _____
17

18     IT IS HEREBY STIPULATED by and between the parties

19 hereto through their respective counsel, HEIKO COPPOLA,

20 Assistant United States Attorney,  MARK J. REICHEL, attorney

21 for defendant, that the present date for the status

22 conference shall be continued to July 24, 2008.

23 ///

24 ///

25 ///

26 ///

27 ///

28

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through July 24, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: June 30, 2008.         Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

DATED: June 30, 2008.         /S/MARK REICHEL for:
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: June 30, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                                    2