MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6᷉TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SHATOYA AUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                          )<br>          Plaintiff,      )<br>                          )<br>     v.                   )<br>                          )<br>                          )<br>SHATOYA AUSTIN, et al.    )<br>                          )<br>          Defendant.      )<br>_____ | Case No.  CR.S-08-235 MCE<br><br>**STIPULATION OF THE PARTIES TO CONTINUE STATUS CONFERENCE; Order thereon**<br><br>Date: August 21, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney,  MARK J. REICHEL, attorney for defendant, that the present date for the status conference shall be continued to August 21, 2008.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through August 21, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

1 | Local Code T4 for effective defense preparation.

2 | DATED: August 4, 2008.                    Respectfully submitted,

    /s/ MARK J. REICHEL
    MARK J. REICHEL
    Attorney for Defendant


    McGREGOR W.  SCOTT
    United States Attorney

DATED: August 4, 2008.        /S/MARK REICHEL for:
                              HEIKO COPPOLA
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2