L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
blocke@mosslocke.com

Attorneys for
SHATOYA AUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SHATOYA AUSTIN and<br>RALPH DIXON<br>        Defendant. | No.  2:08-cr-00235-MCE<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM DECEMBER 11, 2008 TO FEBRUARY 19, 2009 AT 9:00 A.M. |

    The defendants, Shatoya Austin and Ralph Dixon, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for December 11, 2008 should be continued to February 19, at 9:00 a.m.  The reason for the continuance is that the defendants needs additional time to discuss resolution of this case with the government and to determine what additional investigation, if any, is needed in order to prepare this case properly.

    The defense also requests that the Court exclude the time from the date that this Order is signed to February 19, 2009 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded.  Heiko Coppola, the attorney for the United States, and Michael Bigelow, the attorney for Ralph Dixon, have authorized Bruce Locke to sign this Stipulation and Order for them.

DATED: December 4, 2008                           /S/ Bruce Locke
                                                               BRUCE LOCKE
                                                               Attorney for SHATOYA AUSTIN

DATED: December 4, 2008                              /S/ Bruce Locke
                                                     For MICHAEL BIGELOW
                                                     Attorney for RALPH DIXON


DATED: December 4, 2008                              /S/ Heiko Coppola by Bruce Locke
                                                     HEIKO COPPOLA
                                                     Attorney for the UNITED STATES


IT IS SO ORDERED.


Dated: December 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE