```
L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHATOYA AUSTIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-235 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | UNDER SPEEDY TRIAL ACT |
| SHATOYA AUSTIN, et al., | ) | Date:  February 19, 2009 |
| | ) | Time:  2:00 p. m. |
| Defendants. | ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Shatoya Austin by and through her defense counsel, Bruce Locke, and Ralph Dixon by and through his counsel, Michael Bigelow, and the United States of America by and through its counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for February 19, 2009 at 2:00 p.m., should be continued to April 16, 2009 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from February 19, 2009 through April 16, 2009.

The reason for the continuance is that defense counsel is still engage in reviewing the discovery and investigating the case.   The parties request the Court to exclude time under the Speedy Trial Act from February 19, 2009 to April 16, 2009 to allow for defense preparation and because the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Mr. Bigelow and Mr. Coppola have authorized Mr. Locke to sign this document for them.

DATED: February 12, 2009            /S/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Shatoya Austin

1

1
2  DATED: February 12, 2009            /S/ Bruce Locke
3                                       for MICHAEL BIGELOW
                                        Attorney for Ralph Dixon
4
5  DATED: February 12, 2009            /S/ Bruce Locke
                                        for HEIKO COPPOLA
6                                       Attorney for the United States
7
8
9
10         IT IS SO ORDERED.
11
12    Dated:  February 19, 2009

13                                       _____
14                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE
15

2