L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHATOYA AUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHATOYA AUSTIN, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. CR. S-08-235 MCE <br><br> STIPULATION AND ORDER <br> FOR TEMPORARY RELEASE OF <br> SHATOYA AUSTIN FROM DETENTION |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Shatoya Austin by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Heiko Coppola, that the Defendant, Shatoya Austin be released from detention at the Nevada County Jail from 7:00 a.m., on March 6, 2009 until 7:00 p.m., on March 9,[1] 2009 into the custody of her mother Laura Adams so that she may attend the funeral of her uncle in Stockton, California. Mr. Coppola has authorized Mr. Locke to sign this Stipulation for him.

The defendant is reminded that she will be subject to additional punishment above what she is already facing if she fails to return to the Nevada County Jail at the time specified in this Order.

DATED: March 5, 2009                    /S/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Shatoya Austin

---

[1] The court assumes this is a typographical error, and the date intended is March 6, 2009.

1

DATED: March 5, 2009        /S/ Bruce Locke
                            for HEIKO COPPOLA
                            Attorney for the United States

ORDER

Defendant Shatoya Austin shall be released from detention at the Nevada County Jail from 7:00 a.m. on March 6, 2009 until 7:00 p.m. on March 6, 2009, with the understanding that she shall remain in the custody of her mother Laura Adams for the entire time of her release.

IT IS SO ORDERED.

DATED: March 5, 2009.

_____
U.S. MAGISTRATE JUDGE