**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Ralph Dixon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-08-235 MCE |
| ) Plaintiff ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS |
| v. ) | |
| ) | Date: April 30, 2009 |
| RALPH DIXON, et. al, ) | Time: 9:00 AM |
| ) | Court: MCE |
| Defendant ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Thursday, April 16, 2009 at 9:00 AM for status conference may be rescheduled for April 30, 2009 at 9:00 AM for status conference.

This brief continuance is necessary because all defense counsel need additional time to review the discovery and attempt to resolve the case. Accordingly,

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

IT IS STIPULATED between the plaintiff, United States of America, and the Defendants, by and through their counsel, that the status conference be continued to April 30, 2009 at 9:00 AM.

It is further stipulated that time from the date of this stipulation through April 30, 2009 shall be excluded from the time when trial must be commenced under the Speedy Trial Act for defense preparation. The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h)(8)(B)(ii) and (iv), and Local Codes T2 and T4.

DATED: April 14, 2009         Respectfully submitted,

                              LAWRENCE G. BROWN
                              Acting U.S. Attorney

                              By: /S/HEIKO COPPOLA
                                  Heiko Coppola
                                  Assistant U.S. Attorney

Dated: April 14, 2009         /S/ MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant
                              Ralph Dixon

Dated: April 14, 2009         /S/ BRUCE LOCKE
                              Bruce Locke
                              Attorney for Shatoya Austin

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order. The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial.

IT IS SO ORDERED.

DATED: April 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com