**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Ralph Dixon

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:08-cr-00235 MCE |
| | ) | |
| Plaintiff | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS |
| v. | ) | |
| | ) | Date: June 4, 2009 |
| RALPH DIXON, et. al, | ) | Time: 9:00 AM |
| | ) | Court: MCE |
| | ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Thursday, April 30, 2009 at 9:00 AM for status conference may be rescheduled for June 4, 2009 at 9:00 AM for status conference.

This brief continuance is necessary because all defense counsel need additional time to review the discovery and attempt to resolve the case. In addition, counsel for Austin will be unavoidably unavailable May 21, 2009 as originally scheduled.

///

-1-

Accordingly, it is stipulated between the plaintiff, United States of America, and the Defendants, by and through their counsel, that the status conference be continued to June 4, 2009 at 9:00 AM.

It is further stipulated that time from the date of this stipulation through June 4, 2009 shall be excluded from the time when trial must be commenced under the Speedy Trial Act for defense preparation. The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h)(8)(B)(ii) and (iv), and Local Codes T2 and T4.

DATED: May 18, 2009         Respectfully submitted,

                            LAWRENCE G. BROWN
                            Acting U.S. Attorney

                            By: /S/HEIKO COPPOLA
                                Heiko Coppola
                                Assistant U.S. Attorney

Dated: May 18, 2009         /S/ MICHAEL B. BIGELOW
                            Michael B. Bigelow
                            Attorney for Defendant
                            Ralph Dixon

Dated: May 18, 2009         /S/ BRUCE LOCKE
                            Bruce Locke
                            Attorney for Shatoya Austin

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order. The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial.

IT IS SO ORDERED.

DATED: May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE