**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-235-MCE |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| Shatoya Austin, et.al., | DATE:   July 30, 2009 |
| Defendants | TIME:   9:00 a.m. |
| | JUDGE: Hon. Morrison C. England, Jr. |

**ORDER**

**Good Cause Appearing,** the status conference set for July 30, 2009 is continued to November 12, 2009.  Time is excluded from July 30, 2009, through and including November 12, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

DATED: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 1 -