**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Shatoya Austin, Ralph Dixon,<br><br>    Defendants | Case No.: Cr.S-08-235-MCE<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   January 7, 2010<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

## ORDER

**Good Cause Appearing,** the status conference set for January 7, 2010 is continued to March 25, 2010. Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

- 1 -

1  Time is excluded from January 7, 2010, through and including March 25, 2010 in the
2  interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and
3  Local Code T4.
4  DATED: January 6, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE