UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SHATOYA AUSTIN, )<br>)<br>Defendant. ) | CASE NUMBER: 2:08-cr-00235 MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Shatoya Austin</u>; Case <u>2:08-cr-00235 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$100,000.00 co-signed by Laura Adams, Denise Bell, Ronnie Crockett, Ahklia Gorman and Jamiesha Gorman.</u>

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Conditions/Supervision.</u>

Issued at <u>Sacramento, CA</u> on <u>2/22/2010</u> at <u>? 15 AM</u>.

By _____
Kendall J. Newman
United States Magistrate Judge