**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Shatoya Austin, Ralph Dixon,<br><br>  Defendants | Case No.: Cr.S-08-235-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FOR THE PURPOSE OF REQUESTING A PRE-PLEA REPORT FOR BOTH DEFENDANTS**<br><br>DATE:  July 29, 2010<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

**FACTUAL SUMMARY**

All parties are attempting to move toward a resolution of this case. However, in addition to a bit more investigation which is being undertaken by the defendants, issues have arisen as to the criminal histories and Guideline drug calculations to be used in this case for sentencing.

All parties believe the preparation of a pre-plea report by U.S. Probation would go a long way toward moving the parties to a complete resolution of the case. A pre-plea report would

define the criminal history of each defendant and give everyone useful information as to the applicable Guideline calculations.

Once the pre-plea reports have been prepared, the parties will need a bit more time to compare the data in the reports to the discovery and then discuss and resolve the cases.

Probation has indicated it can complete a pre-plea report in five weeks, but would prefer more time if the parties are agreeable.  Eight weeks was said to be excellent.

Therefore, it is requested that the Court order a Pre-Plea Report for both of the named defendants, Shatoya Austin and Ralph Dixon.  Further, it is requested that the Status Conference set for July 29, 2010 at 9:00 a.m. be continued to September 23, 2010 at 9:00 a.m..  I have spoken to the prosecuting AUSA, Heiko Coppola, and counsel for Mr. Dixon, Michael Bigelow, both of whom agree to these requests.  In fact, both have agreed that I may sign their name.

**STIPULATION**

Plaintiff, United States, and Defendants, Shatoya Austin and Ralph Dixon, through their undersigned counsel, hereby stipulate and agree and request the Court to order a pre-plea report for both Shatoya Austin and Ralph and to re-set the date for the Status Conference to September 23, 2010 at 9:00 a.m. The parties further stipulate that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of July 29, 2010, the original date set for the Status Conference, to September 23, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for Defendants reasonable time to prepare and obtain necessary pre-plea reports.
**IT IS SO STIPULATED.**

```
DATED:      July 28, 2010              BENJAMIN B. WAGNER
                                       United States Attorney

                                       By  /s/ Heiko Coppola

                                       Heiko Coppola
                                       Assistant U.S. Attorney
                                       by Jan Karowsky
                                       With Mr. Coppola's permission


DATED:      July 28, 2010              JAN DAVID KAROWSKY
                                       Attorney at Law
                                       A Professional Corporation
                                       By  /s/ Jan Karowsky

                                       JAN DAVID KAROWSKY
                                       Attorney for Defendant
                                       Shatoya Austin


DATED:      July 28, 2010              /s/ Michael Bigelow

                                       Attorney for Defendant
                                       Ralph Dixon
                                       By Jan Karowsky
                                       With Mr. Bigelow's permission
```

## **ORDER**

**Good Cause Appearing,** the Court hereby orders the United States Probation Department to prepare a pre-plea report for Shatoya Austin and for Ralph Dixon.  The Court further orders that the status conference set for July 29, 2010 is continued to September 23, 2010. Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Time is

1  excluded from July 29, 2010, through and including September 23, 2010 in the interests of

2  justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code

3  T4.

4       **IT IS SO ORDERED.**

6  DATED:  July 28, 2010

7  _____
    MORRISON C. ENGLAND, JR
8      UNITED STATES DISTRICT JUDGE