**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Shatoya Austin and Ralph Dixon,<br><br>　　　　Defendants | Case No.: Cr.S-08-235-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　September 23, 2010<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

## PROCEDURAL HISTORY

On July 28, 2010, upon stipulation of the parties, the Court ordered Pre-Plea Reports to be prepared for defendants Shatoya Austin and Ralph Dixon. The status conferences for both defendants were continued to September 23, 2010.

Subsequently, the Probation Officer writing both reports has determined she needs a bit more time to complete them. She is requesting the upcoming Status Conferences set for September 23, 2010 be continued to October 14, 2010. Further, she indicates the Pre-Plea Reports will be disclosed to all counsel on or before September 30, 2010.

Defense counsel will need time to review the reports with the clients, compare the reports factually against the discovery already provided, and will also need to determine whether objections should be lodged and/or sentencing memoranda written or whether we are satisfied with the reports as written.

The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of September 23, 2010, the original date set for the Status Conference, to October 14, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) in order to give Counsel for the defendants reasonable time to prepare.

Therefore, after consulting all parties, we are requesting the Court continue the Status Conferences now set for September 23, 2010 at 9:00 a.m. to the date of October 14, 2010 at 9:00.

## STIPULATION

Plaintiff, United States, and Defendants, Shatoya Austin and Ralph Dixon, through their respective undersigned counsel, hereby stipulate and agree that the Court may re-set the Status Conference date from September 23, 2010 to October 14, 2010 at 9:00 a.m..

**IT IS SO STIPULATED.**

DATED:  September 14, 2010               **BENJAMIN WAGNER**
                                         United States Attorney

                                         /s/ Heiko Coppola, Esq. by
                                         by Jan David Karowsky w/
                                         Mr. Coppola's approval
                              by
                                         Heiko Coppola
                                         Assistant U.S. Attorney
                                         by Jan David Karowsky

1   DATED: September 14, 2010                         JAN DAVID KAROWSKY
                                                      Attorney at Law
2                                                     A Professional Corporation

3                                                     /s/ Jan David Karowsky, Esq.
4                              by
                                                      JAN DAVID KAROWSKY
                                                      Attorney for Defendant
5                                                     Shatoya Austin

6

7
    DATED: September 14, 2010                         Michael Bigelow
8                                                     Attorney at Law

9                                                     /s/ Michael Bigelow, Esq.
10                             by
                                                      Michael Bigelow
                                                      Attorney for Defendant
11                                                    Ralph Dixon
                                                      By Jan Karowsky with Mr. Bigelow's
12                                                    permission

13

14

15

16

17

18

19

20

21

22

23

24

25

# **ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for the Status Conferences in these cases would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** September 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE