**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Shatoya Austin, Ralph Dixon,<br><br>　　　　Defendants | Case No.: 2:08-cr-00235-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　October 14, 2010<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

## FACTUAL SUMMARY

At the last status conference, on July 30, 2010, all parties stipulated to a referral to the probation office for the preparation of pre-plea reports. For various legitimate reasons, the process of preparing the reports is taking a bit longer than was expected. The probation officer needs more time to prepare these two reports. It is expected they will be ready and to the parties in the next two weeks.

- 1 -

Once the pre-plea reports have been prepared, the parties will need a bit more time to compare the data in the reports to the discovery and then discuss and resolve the cases.

Therefore, it is requested that the Status Conference set for October 14, 2010 at 9:00 a.m. be continued to November 4, 2010 at 9:00 a.m.. I have spoken to the prosecuting AUSA, Heiko Coppola, and counsel for Mr. Dixon, Michael Bigelow, both of whom agree to these requests. In fact, both have agreed that I may sign their name.

## STIPULATION

Plaintiff, United States, and Defendants, Shatoya Austin and Ralph Dixon, through their undersigned counsel, hereby stipulate and agree and request the Court re-set the date for the Status Conference to November 4, 2010 at 9:00 a.m. The parties further stipulate that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of October 14, 2010, the original date set for the Status Conference, to November 4, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for Defendants reasonable time to prepare and obtain necessary pre-plea reports.

**IT IS SO STIPULATED.**

DATED:   October 15, 2010               BENJAMIN B. WAGNER
                                        United States Attorney

                                        By /s/ Heiko Coppola

                                        Heiko Coppola
                                        Assistant U.S. Attorney
                                        by Jan Karowsky
                                        With Mr. Coppola's permission

1
2  DATED:      October 15, 2010                JAN DAVID KAROWSKY
                                               Attorney at Law
3                                              A Professional Corporation
                                               By /s/ Jan Karowsky
4
                                               JAN DAVID KAROWSKY
5                                              Attorney for Defendant
                                               Shatoya Austin
6

7  DATED:      October 15, 2010                /s/ Michael Bigelow

8                                              Attorney for Defendant
                                               Ralph Dixon
9                                              By Jan Karowsky
                                               With Mr. Bigelow's permission
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# ORDER

**Good Cause Appearing, t**he Court orders that the status conference set for October 14, 2010 is continued to November 4, 2010.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Time is excluded from October 14, 2010, through and including November 4, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: October 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE