1   **JAN DAVID KAROWSKY**
    Attorney at Law
2   A Professional Corporation
    California State Bar Number 53854
3   716 19th Street, Suite 100
    Sacramento, CA 95811-1767
4   (916) 447-1134
    (916) 448-0265 (Fax)
5
    Attorney for Defendant
6   Shatoya Austin

7                  **UNITED STATES DISTRICT COURT**

8        **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  United States of America,              ) Case No.:  Cr.S-08-235-MCE
                                           )
11          Plaintiff,                     ) **STIPULATION AND ORDER TO**
                                           ) **CONTINUE STATUS CONFERENCE**
12      vs.                                )
                                           )
13  Shatoya Austin, Ralph Dixon,           )
                                           ) **DATE:    November 4, 2010**
14          Defendants                     ) **TIME:     9:00 a.m.**
                                           ) **JUDGE:  Hon. Morrison C. England, Jr.**
15                                         )
                                           )
16                                         )
                                           )
17                                         )
                                           )
18

19                     **FACTUAL SUMMARY**

20          For various legitimate reasons, the process of preparing and getting the reports to all the

21  parties is still taking a bit longer than was expected.  We should all have the reports by the end of

22  this week, not in time, however, for the upcoming Status Conference on Thursday, November 4,

23  2010.

24          Once we receive the pre-plea reports, the parties will need a bit more time to compare the

25  data in the reports to the discovery and then discuss and resolve the cases.

1    Therefore, it is requested that the Status Conference set for November 4, 2010 at 9:00

2    a.m. be continued to December 16, 2010 at 9:00 a.m..  I have spoken to the prosecuting AUSA,

3    Heiko Coppola, and counsel for Mr. Dixon, Michael Bigelow, both of whom agree to these

4    requests.  In fact, both have agreed that I may sign their name.

5                                               **STIPULATION**

6

7        Plaintiff, United States, and Defendants, Shatoya Austin and Ralph Dixon, through their

8    undersigned counsel, hereby stipulate and agree and request the Court re-set the date for the

9    Status Conference to December 16, 2010 at 9:00 a.m. The parties further stipulate that the failure

10   to grant a continuance in this case would deny respective counsel for both parties reasonable

11   time necessary for effective preparation, taking into account the exercise of due diligence and

12   that the ends of justice served by the granting of such continuance outweigh the interests of the

13   public and the defendants in a speedy trial. The parties further stipulate that time may be

14   excluded from the Speedy Trial Act calculation from the date of November 4, 2010, the original

15   date set for the Status Conference, to December 16, 2010, pursuant to 18 U.S.C. §3161

16   (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for Defendants reasonable time to

17   prepare and obtain necessary pre-plea reports.

18   **IT IS SO STIPULATED.**

19   DATED:        November 5, 2010              BENJAMIN B. WAGNER
                                                 United States Attorney
20

                                                 By  /s/ Heiko Coppola
21

                                                 Heiko Coppola
22                                               Assistant U.S. Attorney
                                                 by Jan Karowsky
23                                               With Mr. Coppola's permission

24

25

1

DATED:          November 5, 2010                    JAN DAVID KAROWSKY
                                                    Attorney at Law
2                                                   A Professional Corporation
                                                    By  /s/ Jan Karowsky
3

4                                                   JAN DAVID KAROWSKY
                                                    Attorney for Defendant
5                                                   Shatoya Austin

6
DATED:          November 5, 2010                    /s/ Michael Bigelow
7
                                                    Attorney for Defendant
8                                                   Ralph Dixon
                                                    By Jan Karowsky
9                                                   With Mr. Bigelow's permission

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## <u>ORDER</u>

**Good Cause Appearing, t**he Court orders that the status conference set for November 4, 2010 is continued to December 16, 2010.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Time is excluded from November 4, 2010, through and including December 16, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

**DATED:**  November 5, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE