**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Shatoya Austin, Ralph Dixon,<br><br>　　　　　Defendants | Case No.: Cr.S-08-235-MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　December 16, 2010<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

## FACTUAL SUMMARY

The parties need one last continuance to finalize plea negotiations, obtain plea agreements, and discuss the agreements with our respective clients.

Therefore, it is requested that the Status Conference set for December 16, 2010 at 9:00 a.m. be continued to January 6, 2011 at 9:00 a.m.. I have spoken to the prosecuting AUSA, Heiko Coppola, and counsel for Mr. Dixon, Michael Bigelow, both of whom agree to these requests. In fact, both have agreed that I may sign their name.

**STIPULATION**

Plaintiff, United States, and Defendants, Shatoya Austin and Ralph Dixon, through their undersigned counsel, hereby stipulate and agree and request the Court re-set the date for the Status Conference to January 6, 2011 at 9:00 a.m. The parties further stipulate that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of December 16, 2010, the original date set for the Status Conference, to January 6, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for Defendants reasonable time to prepare and obtain necessary pre-plea reports.

**IT IS SO STIPULATED.**

DATED:	November 30, 2010	BENJAMIN B. WAGNER
United States Attorney

By  /s/ Heiko Coppola

Heiko Coppola
Assistant U.S. Attorney
by Jan Karowsky
With Mr. Coppola's permission


DATED:	November 30, 2010	JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation
By  /s/ Jan Karowsky

JAN DAVID KAROWSKY
Attorney for Defendant
Shatoya Austin

DATED:      November 30, 2010          /s/ Michael Bigelow

Attorney for Defendant
Ralph Dixon
By Jan Karowsky
With Mr. Bigelow's permission

## ORDER

**Good Cause Appearing, t**he Court orders that the status conference set for December 16, 2010 is continued to January 6, 2011.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Time is excluded from December 16, 2010, through and including January 6, 2011 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

**DATED:** November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE