**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-235-MCE |
| Plaintiff, | **STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| Shatoya Austin, | |
| Defendant | **JUDGE: Hon. Morrison C. England, Jr.** |

On February 19, 2010, Shatoya Austin was released from custody on conditions of release which included, <u>inter</u> <u>alia</u>, electronic monitoring and curfew restrictions. All parties agree that neither of these conditions are now necessary. In fact, Pretrial Services is recommending that both conditions now be removed.

### STIPULATION

Therefore, Plaintiff, United States, and Defendant, Shatoya Austin, through her undersigned counsel, hereby stipulate and agree that the Court should order that the pretrial

- 1 -

release conditions previously imposed of a curfew and electronic monitoring be removed.  All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED.**

DATED:       December 8, 2010                    BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 By  /s/ Heiko Coppola

                                                 Heiko Coppola
                                                 Assistant U.S. Attorney
                                                 by Jan Karowsky
                                                 With Mr. Coppola's permission

DATED:       December 8, 2010                    JAN DAVID KAROWSKY
                                                 Attorney at Law
                                                 A Professional Corporation
                                                 By  /s/ Jan Karowsky

                                                 JAN DAVID KAROWSKY
                                                 Attorney for Defendant
                                                 Shatoya Austin

### ORDER

**IT IS SO ORDERED.   Good Cause Appearing,** it is hereby ordered that the previously imposed conditions of pretrial release of a curfew and electronic monitoring are hereby ordered removed.  All other previously imposed conditions of pretrial release shall remain in full force and effect.

Dated:  December 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE