**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shatoya Austin

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Shatoya Austin, Ralph Dixon,<br><br>　　　　Defendants | Case No.: 2:08-cr-00235-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　January 6, 2011<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

### FACTUAL SUMMARY

It was anticipated by all parties that the status conference set for January 6, 2011 would be the time for entry of previously negotiated pleas. Negotiations had been concluded; plea agreements written; and the parties were ready to proceed with the entry of pleas. However, late last week, the Probation Office who prepared the pre-plea report contacted all parties, indicating that apparently based on the newly enacted Fair Sentencing Act, she needed to make some fundamental changes to her Guideline calculations.

Because of the holidays, those changes in the pre-plea reports have not been received by any of the parties. Once received, new plea agreements will need to be prepared and executed. We just do not have enough time to accomplish the above before this Thursday's hearing.

Further, counsel for Shatoya Austin, Jan Karowsky, is scheduled to try a case in state court commencing January 10, 2011 which could last as long as six weeks. In order to move the instant case as quickly as possible, we are requesting to set it for further status conference and anticipated entry of negotiated guilty pleas on February 10, 2011. However, if counsel for Ms. Austin is still in trial, it is hoped the Court would be willing to accommodate counsel with a special set on Friday, February 11, 2011, since Friday's are the "dark" day in state court trials.

Therefore, it is requested that the Status Conference set for January 6, 2011 at 9:00 a.m. be continued to February 10, 2011 at 9:00 a.m.. I have spoken to the prosecuting AUSA, Heiko Coppola, and counsel for Mr. Dixon, Michael Bigelow, both of whom agree to these requests. In fact, both have agreed that I may sign their name.

**STIPULATION**

Plaintiff, United States, and Defendants, Shatoya Austin and Ralph Dixon, through their undersigned counsel, hereby stipulate and agree and request the Court re-set the date for the Status Conference to February 11, 2011 at 9:00 a.m. The parties further stipulate that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

///

///

1  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation
2  from the date of January 6, 2011, the original date set for the Status Conference, to February 10,
3  2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for
4  Defendants reasonable time to prepare and obtain necessary pre-plea reports.

**IT IS SO STIPULATED.**

DATED:   January 13, 2011          BENJAMIN B. WAGNER
                                    United States Attorney

                                    By  /s/ Heiko Coppola

                                    Heiko Coppola
                                    Assistant U.S. Attorney
                                    by Jan Karowsky
                                    With Mr. Coppola's permission


DATED:   January 13, 2011          JAN DAVID KAROWSKY
                                    Attorney at Law
                                    A Professional Corporation
                                    By  /s/ Jan Karowsky

                                    JAN DAVID KAROWSKY
                                    Attorney for Defendant
                                    Shatoya Austin
DATED:   January 13, 2011          /s/ Michael Bigelow

                                    Attorney for Defendant
                                    Ralph Dixon
                                    By Jan Karowsky
                                    With Mr. Bigelow's permission

**ORDER**

**Good Cause Appearing, t**he Court orders that the status conference set for January 6, 2011 is continued to February 10, 2011.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Time is excluded from January 6, 2011, through and including February 10, 2011 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

**DATED: January 13, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE