BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-0235 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE JUDGMENT & SENTENCING |
| SHATOYA AUSTIN | ) | |
| Defendant. | ) | |

    The parties request that Judgment and Sentencing in this case be continued from June 30, 2011 to August 11, 2011 at 10:00 a.m.  The United States Probation Officer, Lynda Moore, has been contacted and has no objection to this continuance.  The United States is also requesting that Court allow the late filing of the government's sentencing memorandum.

    Specifically, the defendant pleaded guilty on February 10, 2011.  Defense counsel is currently in trial before Judge England and government counsel just finished trial before Judge Garcia on June 28, 2011.  Additionally, defense counsel informed the undersigned by voice-mail that the defendant had no objection to

1

continuing the judgment and sentencing date, as she is scheduled to take college finals in July 2011.  Defense counsel also informed the undersigned that the first available date given his schedule and the defendant's college finals is August 11, 2011.

    Defense counsel filed a sentencing memorandum on or about April 25, 2011.  Government counsel had intended to reply, however, was overcome by other events since the filing of defendant and inadvertently missed the filing deadline.  Specifically, government counsel performed 10 days military duty from May 8-17 2011.  Upon completion of military duty, and in addition to his other duties, the undersigned began trial preparation for U.S. v. Liang, 206-CR-0337 EJG, which began on June 20, 2011 and concluded with the jury's guilty verdict on June 28, 2011.  The undersigned realized late on June 28, 2011 that this matter was set for sentencing and that he had inadvertently missed the filing deadline.  To that extent, government counsel requests that the Court allow the government to file its sentencing memorandum no later than July 28, 2011.

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: June 29, 2011        By:   /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney

DATE: June 29, 2011             /s/ Christopher Cosca
                                     JAN KAROWSKY
                                     Attorney for Defendant

**<u>ORDER</u>**

The stipulation of the parties is accepted.  Sentencing in this matter is ordered continued to August 11, 2011 at 10:00 a.m. The government's request for filing of a late sentencing memorandum is granted. The government shall file its sentencing memorandum no later than July 28, 2011

DATE:   June 29, 2011.

_____
UNITED STATES DISTRICT JUDGE